IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01655-MSK
Criminal Action No. 08-cr-00102-MSK

UNITED STATES OF AMERICA,

v.

SHAWN MRUGALA,

Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the

sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **August 17, 2009**, shall file an

answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing

Section 2255 Proceedings.

DATED this 16th day of July, 2009.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge