IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00102-MSK
(Civil Action No. 09-cv-01655-MSK)

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHAWN MRUGALA,

     Defendant.

_____

**JUDGMENT**
_____

     Pursuant to and in accordance with the "Opinion and Order Denying Motion to Vacate Sentence" entered by the Honorable Marcia S. Krieger on November 2, 2010, the following Judgment is hereby entered:

     It is ORDERED that Defendant Mrugala's Motion filed under 28 U.S.C. § 2255 is DENIED on its merits and a Certificate of Appealability is DENIED.

     Dated at Denver, Colorado this ___2nd___ day of November, 2010.

               FOR THE COURT:

               GREGORY C. LANGHAM, CLERK

               By: s/ Edward P. Butler_____
                   Edward P. Butler, Deputy Clerk